UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSHUA LEE REDDING,

            Plaintiff,

   v.

JORDAN BALETO, et al.,

            Defendants.

Case No. C23-5430-MJP-SKV

ORDER RE:  REQUEST FOR EXTENSION OF TIME

     Plaintiff, proceeding pro se and *in forma pauperis* in this 42 U.S.C. § 1983 civil rights action, requests additional time to respond to Defendants' pending Motion for Summary Judgment. *See* Dkt. 51. The Court, having considered the request and the response set forth in Defendants' reply brief, *see* Dkt. 52 at 3-4, herein finds and ORDERS as follows:

     (1) Plaintiff states that he did not receive proper notice of or adequate time to respond to Defendants' pending Motion for Summary Judgment. Dkt. 51 at 1. He points, for example, to his recent incarceration, a delay in his receipt of the motion, and his inability to access necessary records. *Id*. The Court, in order to ensure that Plaintiff has the opportunity to submit a

ORDER RE:  REQUEST FOR EXTENSION OF
TIME - 1

1  substantive response to Defendants' motion, finds an extension of time warranted.[1]  The Court,

2  accordingly, GRANTS Plaintiff's request for an extension and RENOTES Defendants' Motion

3  for Summary Judgment, Dkt. 39, for consideration on **March 22, 2024**.  Plaintiff may file a

4  response to the motion on or before **March 18, 2024** and Defendants may submit a reply to that

5  response on or before the revised noting date.

6     (2)    The Clerk is directed to send copies of this Order to Plaintiff, to counsel for

7  Defendants, and to the Honorable Marsha J. Pechman.

8     Dated this 16th day of February, 2024.

*[signature: S. Kate Vaughan]*

S. KATE VAUGHAN
United States Magistrate Judge

---

[1] Plaintiff also refers to circumstances leading to his inability to attend a deposition that had been scheduled to occur prior to the filing of Defendants' motion and requests the ability to attend a deposition. Dkt. 51 at 1-2. However, as they observe, *see* Dkt. 52 at 3, Defendants were not obligated to depose Plaintiff prior to bringing their dispositive motion.