UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOSHUA LEE REDDING,<br><br>                  Plaintiff,<br><br>   v.<br><br>JORDAN BALETO, *et al.*,<br><br>                  Defendants. | Case No. C23-5430-MJP<br><br>ORDER GRANTING DEFENDANTS'<br>MOTION FOR SUMMARY JUDGMENT |

The Court, having reviewed Plaintiff's amended complaint, Defendants' motion for summary judgment, the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, noted the lack of any objections thereto, and the remaining record, hereby finds and ORDERS as follows:

    (1)    The Report and Recommendation is approved and adopted.

    (2)    Defendants' motion for summary judgment (Dkt. 39) is GRANTED.

    (3)    Plaintiff's amended complaint (Dkt. 17) and this action are DISMISSED with prejudice.

//

//

(4) The Clerk is directed to send copies of this Order to Plaintiff, to counsel for Defendants, and to the Honorable S. Kate Vaughan.

DATED this 29th day of May, 2024.

*[signature]*

MARSHA J. PECHMAN
United States Senior District Judge