UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSHUA LEE REDDING,<br><br>            Plaintiff,<br><br>   v.<br><br>JORDAN BALETO, et al.,<br><br>            Defendants. | CASE NO. C23-5430 MJP<br><br>ORDER GRANTING MOTION FOR EXTENSION |

      This matter comes before the Court on Plaintiff's Motion for Extension of Time. (Dkt. No. 63.) Having reviewed the Motion and all supporting materials, the Court GRANTS Plaintiff's request for additional time to file objections to the Report and Recommendation (Dkt. No. 59) and to move for reconsideration of the Court's Order Adopting the Report and Recommendation (Dkt. No. 60).

      Plaintiff states that he did not receive the Report and Recommendation or a "fair opportunity" to respond to Defendants' motion for summary judgment to provide "documents and evidence" to support his claims. (Dkt. No. 63.) The Court notes that Plaintiff did file a

response to the motion for summary judgment and request additional time. (Dkt. No. 51.) The Court granted Plaintiff's request for more time, but it appears the Court's Order was returned as undeliverable to Plaintiff. (Dkt. Nos. 55, 56.) However, the Report and Recommendation was also mailed to Plaintiff and it was not returned as undeliverable. Nevertheless, to give Plaintiff an opportunity to respond to the summary judgment motion and the Report and Recommendation, the Court will allow Plaintiff to file objections to the Report and Recommendation and to move for reconsideration of the Court's Order adopting the Report and Recommendation. Plaintiff must file his briefing by no later than July 24, 2024, and it must not exceed 6,300 words or 18 pages. Defendants may file a response of no more than 6,300 words or 18 pages, which shall be due 14 days after Plaintiff files his briefing.

For the sake of ensuring delivery of this Order to Plaintiff, the Court DIRECTS the Clerk to mail copies of this Order to Plaintiff at the following two addresses:

| 1427 100th St. S.W., Unit 148 | 1918 Wall Street |
| Everett, WA 98204 | Everett, WA 98201 |

The clerk is ordered to provide copies of this order to Plaintiff and to all counsel.

Dated July 3, 2024.

Marsha J. Pechman
United States Senior District Judge